UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIQ ABDUL AS SALAAM,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | No. 2:25-cv-2919-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 6) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 13, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations filed April 13, 2026 (ECF No. 6), are ADOPTED;
2. Plaintiff's first amended complaint is dismissed without further leave to amend for failure to state a claim.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge